**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 07-1574**

—————

ZHENLU ZHANG,

Plaintiff - Appellant,

versus

SCIENCE & TECHNOLOGY CORPORATION, (STC);
COMPUTER SCIENCE CORPORATION, (CSC); NATIONAL
OCEANIC AND ATMOSPHERIC ADMINISTRATION,
(NOAA); JC MILLER, Lawyer,

Defendants - Appellees.

—————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.
(8:06-cv-03001-DKC)

—————

Submitted:  September 13, 2007     Decided:  September 18, 2007

—————

Before GREGORY and DUNCAN, Circuit Judges, and WILKINS, Senior
Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

Zhenlu Zhang, Appellant Pro Se.  JC Miller, SAUL & EWING, LLP,
Washington, DC; Larry Robert Seegull, DLA PIPER US LLP, Baltimore,
Maryland; Allen F. Loucks, Assistant United States Attorney, Jason
Daniel Medinger, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore,
Maryland; Anessa Abrams, SCHMELTZER, APTAKER & SHEPARD, PC,
Washington, DC, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zhenlu Zhang appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error.[*] Accordingly, we affirm for the reasons stated by the district court. Zhang v. Science & Technology Corp., No. 8:06-cv-03001-DKC (D. Md. May 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]To the extent Zhang seeks to raise additional claims in his informal brief, these claims are not properly before this court. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993).